Charles J. Lybarger, Esq.
Law Offices of Charles Lybarger
10300 West Charleston Avenue,
Ste. 13-121
Las Vegas, NV 89135

December 10, 2003

Magistrate Judge Kenneth Neiman
United States District Court
District of Massachusetts
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

    Re:    *Charlene Brown, et al. v. Philip Morris Incorporated, et al.*
            D. Mass., C.A. No. 03-30110-MAP

Dear Judge Neiman:

    I am writing to respond to your Order dated December 4, 2003, to apologize to you personally, and to submit a voluntary dismissal for the above-captioned lawsuit. Prior to receiving your December 4, 2003, Order, I did not understand that I was required to personally appear for any earlier hearing in your Court. Moreover, I have recently moved my law office, and I have had trouble with mail not being forwarded to my new address. Consequently, I never received the Court's November 20, 2003, Order.

    Most importantly, I sincerely apologize to the Court. I have the utmost respect for the Court, and I am sorry if I have not fully complied with all requirements of your Court.

                                             Sincerely,

                                             Charles Lybarger